UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C.A. NO.: 04 10392 JLT

| | |
|---|---|
| TIMOTHY MCMANUS,<br>　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| QWEST COMMUNICATIONS<br>CORPORATION,<br>　　Defendant. | )<br>)<br>)<br>) |

**DEFENDANT'S ASSENTED TO MOTION TO ENLARGE THE TIME TO ANSWER COMPLAINT**

Defendant Qwest Communications Corporation ("Defendant"), with the Assent of the Plaintiff, Timothy McManus, moves this Honorable Court to enlarge the time by which Qwest has to answer or otherwise respond to the Complaint and Jury Demand. Defendant requests an additional 60 (sixty) days from the date of service.

Respectfully submitted,

For Defendant,

_____
Robert Joga, Esq.
Qwest Communications Corp.
1801 California Street
Suite 900
Denver, CO 80202-2651
(303) 383-6497

For Plaintiff,

_____
James M. Caramanica, BBO #565882
Law Offices of John C. Carleen, P.C.
Corporate Center North
1711 Broadway
Saugus, MA 01906
(781) 233-2299

**Dated: April 6, 2004**