AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

TIMOTHY McMANUS

v.

QWEST COMMUNICATIONS, CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10392 JLT

TO: (Name and address of Defendant) QWEST COMMUNICATIONS, CORPORATION.
60 SPEAR ST.
SAN FRANCISCO, CA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES M. CARAMANICA

Law Office of John C. Carleen
Corporate Center North
1711 Broadway
Saugus MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: FEB 26 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date

______________________ *Signature of Server*

Law Office of John C. Carlson

______________________ *Address of Server*

04005888

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 8, 2004

I hereby certify and return that on 3/15/2004 at 11:10:00 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet, Cover Sheet in this action in the following manner: To wit, by delivering in hand to C.Bonney,Process Clerk & agent in charge of CT Corp & its, agent, person in charge at the time of service for Quest Communications Corporation, at CT Corporation, 101 Federal Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

Deputy Sheriff