UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C.A. NO.: 04 10392 JLT

TIMOTHY MCMANUS,
    Plaintiff,

v.

QWEST COMMUNICATIONS
CORPORATION,
    Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS

Plaintiff, Timothy McManus ("Plaintiff") and Defendant Qwest Communications Corporation ("Defendant"), move this Honorable Court to Dismiss, without prejudice and without costs, the Complaint in the above-captioned matter.

Respectfully submitted,

For Defendant,

Robert Joga, Esq.
Qwest Communications Corp.
1801 California Street
Suite 900
Denver, CO 80202-2651
(303) 383-6497

For Plaintiff,

James M. Caramanica, BBO #565882
Law Offices of John C. Carleen, P.C.
Corporate Center North
1711 Broadway
Saugus, MA 01906
(781) 233-2299

Dated: May 13, 2004